UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 11-08910 SJO (AGRx)   **DATE:** April 3, 2012

**TITLE:** Elena Sepulveda v. ARS National Services Inc

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Victor Paul Cruz | Not Present |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**   **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to FRCP 41(a)(1)(A)(ii) filed by Plaintiff Elena Sepulveda [14] filed on 04/03/12. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss.